No. 72–1040. COMMUNIST PARTY OF INDIANA ET AL. *v.* WHITCOMB, GOVERNOR OF INDIANA, ET AL. Appeal from D. C. N. D. Ind. [Probable jurisdiction postponed, 410 U. S. 981.] Motion of appellants for divided argument denied.

No. 72–1052. MORTON, SECRETARY OF THE INTERIOR *v.* RUIZ ET UX. C. A. 9th Cir. [Certiorari granted, 411 U. S. 947.] Motion of California Indian Legal Services for leave to participate in oral argument as *amicus curiae* denied. Motion of Arapahoe Tribe of Wyoming et al. for leave to file a brief as *amici curiae* granted.

No. 72–1180. OLD DOMINION BRANCH No. 496, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO, ET AL. *v.* AUSTIN ET AL. Appeal from Sup. Ct. Va. [Probable jurisdiction noted, 412 U. S. 917.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 72–1289. NATIONAL RAILROAD PASSENGER CORP. ET AL. *v.* NATIONAL ASSOCIATION OF RAILROAD PASSENGERS. C. A. D. C. Cir. [Certiorari granted, 411 U. S. 981.] Motion of National Association of Regulatory Utility Commissioners for leave to file a brief as *amicus curiae* granted.

No. 72–1603. CARDWELL, WARDEN *v.* LEWIS. C. A. 6th Cir. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before November 8, 1973.